■ Norman D. Bloom, M.D., Appellant, v NYU Langone Medical Center et al., Respondents. [52 NYS3d 222]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered March 9, 2016, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff, who had no express contract, cannot avoid the grievance process set forth in Public Health Law § 2801-b by casting his claims arising from the non-renewal of his admitting privileges at defendant hospitals as contract or tort claims or claims for damages only (*Lobel v Maimonides Med. Ctr.*, 39 AD3d 275, 277 [1st Dept 2007]). Concur—Sweeny, J.P., Renwick, Andrias, Feinman and Gesmer, JJ.